QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Amar L. Thakur (Bar No. 194025)
  amarthakur@quinnemanuel.com
  Bruce R. Zisser (Bar No. 180607)
  brucezisser@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendants
NOVATEL WIRELESS, INC., VERIZON COMMUNICATIONS, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARUCEL INVESTMENTS, L.P., a Delaware limited partnership,<br>        Plaintiff,<br><br>    v.<br><br>NOVATEL WIRELESS, INC., a Delaware corporation, VERIZON COMMUNICATIONS, INC., a Delaware corporation, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, a Delaware general partnership,<br><br>        Defendants. | CASE NO. 3:16-cv-00118-H-KSC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF THE SUPPLEMENTAL REPORT OF PLAINTIFF'S DAMAGES EXPERT PATRICK KENNEDY**<br><br>Date: March 13, 2017<br>Time: 10:30 a.m.<br>Courtroom: 15A<br>Judge: Hon. Marilyn L. Huff |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Please take notice that on March 13, 2017 at 10:30 a.m., or as soon as it may be heard,[1] Defendants Novatel Wireless, Inc. ("Novatel"), Verizon Communications, Inc. ("Verizon"), and Cellco Partnership d/b/a Verizon Wireless ("Cellco") (collectively "Defendants") will and hereby do move to strike Sections I-IV and Section VI of the Supplemental Report of Plaintiff's damages expert Patrick Kennedy. Defendants' Motion will be based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Bruce Zisser and exhibits thereto, and such other written and oral argument and authorities that may be presented at or before hearing of this Motion.

Dated: February 7, 2017        QUINN EMANUEL URQUHART
                                                                      & SULLIVAN, LLP

By: /s/ *Amar L. Thakur*
     Amar L. Thakur (Bar No. 194025)
     Email: amarthakur@quinnemanuel.com

*Attorneys for Defendants Novatel Wireless, Inc., Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless*

---

[1] Defendants have filed an Application to Shorten Time on this Motion in an effort to have it heard as soon as possible.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 7, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

DATED: February 7, 2017       By: */s/ Amar L. Thakur*
                                                 Amar L. Thakur
                                                 amarthakur@quinnemanuel.com
                                                 *Attorneys for Defendants Novatel Wireless, Inc., Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless*

06592-00001/8890035.1

-1-

Case No. 3:16-cv-00118-H-KSC
DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE