ORIGINAL

FILED
APR 10 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARUCEL INVESTMENTS, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>NOVATEL WIRELESS, INC., a Delaware corporation, and VERIZON COMMUNICATIONS, INC., a Delaware corporation, et al,<br><br>Defendants. | Case No. 16-cv-0118-H-KSC<br><br>JURY SPECIAL VERDICT |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**Question No. 1: Infringement**

Do you find that Carucel has proven, by a preponderance of the evidence, that the MiFi devices have infringed any of the asserted patent claims?

**Circle "Yes" or "No" for each claim: "Yes" is a finding for Carucel, "No" is a finding for Novatel and Verizon.**

    **a. For the '904 patent:**
        Claim 22    Yes    **(No)**
        Claim 30    Yes    **(No)**

    **b. For the '701 patent:**
        Claim 10    Yes    **(No)**
        Claim 15    Yes    **(No)**

    **c. For the '023 patent:**
        Claim 11    Yes    **(No)**
        Claim 23    Yes    **(No)**

    **d. For the '543 patent:**
        Claim 10    Yes    **(No)**

**Question No. 2: Validity - Anticipation**

Have Verizon and Novatel proven by clear and convincing evidence that either of the following claims of the patents are invalid as anticipated by the prior art reference "Concept of a GSM-based Communication System for High-Speed Trains," by Markus Uhlirz ("Uhlirz")?

**Circle "Yes" or "No" for each claim: "Yes" is a finding for Novatel and Verizon, "No" is a finding for Carucel.**

    a. For the '023 patent:

        Claim 11   Yes  **(No)**

    b. For the '543 patent:

        Claim 10   Yes  **(No)**

**Question No. 3: Validity – Obvious or Non-Obvious**

Have Verizon and Novatel proven by clear and convincing evidence that any of the following claims of the patents are invalid as obvious to one of ordinary skill in the art at the time of the invention in 1995 based upon a combination of prior art references?

**Circle "Yes" or "No" for each claim: "Yes" is a finding for Novatel and Verizon, "No" is a finding for Carucel.**

    a. For the '904 patent:

        Claim 22   Yes  **(No)**

        Claim 30   Yes  **(No)**

//

    b. For the '701 patent:

        Claim 10    Yes   (No)

        Claim 15    Yes   (No)

    c. For the '023 patent:

        Claim 11    Yes   (No)

        Claim 23    Yes   (No)

    d. For the '543 patent:

        Claim 10    Yes   (No)

## Question No. 4: Damages

If you found one or more claims to be both infringed and valid, please answer the following questions related to damages.

### 4a. Damages – Novatel for Non-Verizon Sales

For the 2,970,509 accused MiFi devices that Novatel made and sold to parties other than Verizon, do you find that damages against Novatel would be in the form of a per-unit reasonable royalty or a lump-sum reasonable royalty? **Please circle "Per-unit reasonable royalty" or "Lump-sum reasonable royalty" and list the appropriate amount of damages.**

| Per-unit reasonable royalty:<br>$ _____ for each unit sold<br>Or<br>\_\_\_\_\_ % of an average revenue of<br>$\_\_\_\_\_ per device sold.<br>Total $_____ | **OR** | Lump-sum reasonable royalty:<br>$ _____ |
|---|---|---|

//

**4b. Damages – Verizon**

For the 4,936,879 accused MiFi devices that Novatel made and sold to Verizon, do you find that damages against Verizon would be in the form of a per-unit reasonable royalty or a lump-sum reasonable royalty? **Please circle "Per-unit reasonable royalty" or "Lump-sum reasonable royalty" and list the appropriate amount of damages.**

| Per-unit reasonable royalty: <br> $ _____ for each unit sold <br> Or <br> \_\_\_\_\_ % of an average revenue of <br> $\_\_\_\_\_ per device sold. <br> Total $_____ | **OR** | Lump-sum reasonable royalty: <br> $_____ |
|---|---|---|

The Presiding Juror should sign and date below to indicate that the Jury has reached a unanimous verdict on these questions.

Dated: 4/10/17
San Diego, CA

_____
Presiding Juror
Rod Gullo

5