**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARUCEL INVESTMENTS, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>NOVATEL WIRELESS, INC., a Delaware corporation; VERIZON COMMUNICATIONS, INC., a Delaware corporation; and CELLCO PARTNERSHIP d/b/a/VERIZON WIRELESS, a Delaware general partnership,<br><br>Defendants. | Case No.: 16-cv-118-H-KSC<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS** |

On April 4, 2017, this action came before the Court for a jury trial with the Honorable Marilyn L. Huff presiding. (Doc. No. 316.) Plaintiff Carucel Investments, L.P. appeared and was represented by Robert F. Ruyak, Brittany V. Ruyak, Michael K. Lindsey, Korula T. Cherian, and Robert M. Harkins, Jr. Defendants Novatel Wireless, Inc., Verizon Communications, Inc., and Cellco Partnership doing business as Verizon Wireless appeared and were represented by Amardeep L. Thakur, David M. Grable, Bruce R. Zisser,

1   Joshua L. Sohn, and Viola Trebicka.[1]

2   The jury issues have been tried, and on April 10, 2017, the jury rendered its
3   unanimous verdict on the following questions:

**Question No. 1: Infringement**

Do you find that Carucel has proven, by a preponderance of the evidence, that the MiFi devices have infringed any of the asserted patent claims?

    **a.**     **For the '904 patent:**

        Claim 22  No

        Claim 30  No

    **b.**     **For the '701 patent:**

        Claim 10  No

        Claim 15  No

    **c.**     **For the '023 patent:**

        Claim 11  No

        Claim 23  No

    **d.**     **For the '543 patent:**

        Claim 10  No

(Doc. No. 335.)

///

///

///

---

[1] On September 15, 2015, Plaintiff Carucel dismissed its claims against Defendant TigerDirect, Inc. with prejudice. (Doc. No. 11.) On December 9, 2016, the Court dismissed Defendant AT&T Mobility LLC with prejudice. (Doc. No. 139.)

During the reading of the verdict in Court, an issue arose as to the jury's answers to Question No. 3 regarding "Validity – Obvious or Non-Obvious" in the verdict form. At the hearing, the parties agreed that the jury's answers to Question No. 3 were moot in light of the jury's answers to Question No. 1 in the verdict form. Accordingly, pursuant to the jury's findings the Court enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

DATED: April 10, 2017

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT