QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Amar L. Thakur (Bar No. 194025)
  amarthakur@quinnemanuel.com
  Bruce R. Zisser (Bar No. 180607)
  brucezisser@quinnemanuel.com
  David Grable (Bar. No. 237765)
  davegrable@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

  Joshua L. Sohn (Bar No. 250105)
  joshuasohn@quinnemanuel.com
777 6th Street NW, 11th Floor
Washington, D.C. 20001
Telephone:   (202) 538-8000
Facsimile:    (202) 538-8100

Attorneys for Defendants
NOVATEL WIRELESS, INC., VERIZON COMMUNICATIONS, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARUCEL INVESTMENTS, L.P., a Delaware limited partnership,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOVATEL WIRELESS, INC., a Delaware corporation, VERIZON COMMUNICATIONS, INC., a Delaware corporation, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, a Delaware general partnership,<br><br>　　　　Defendants. | CASE NO. 3:16-cv-00118-H-KSC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO RE-TAX COSTS**<br><br>Hon. Marilyn L. Huff<br><br>Date:  October 10, 2017<br>Time:  10:30 a.m.<br>Courtroom:  15A<br>Judge: Hon. Marilyn L. Huff |

TO THE CLERK OF THE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on October 10, 2017 at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 15A before the Honorable Marilyn L. Huff, defendants Novatel Wireless, Inc., Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants") will move, and hereby do move, the Court for an order re-taxing certain costs Defendants incurred in connection with the claims for infringement of U.S. Patent Nos. 7,221,904; 7,848,701; 7,979,023; 8,718,543 asserted by plaintiff Carucel Investments, LP, but which denied by the Clerk. Specifically, Defendants move the Court to re-tax costs associated with the electronic production of documents and the preparation of graphics for trial.

On April 10, 2017, this Court entered judgment for Defendants upholding a jury verdict of non-infringement of the '904, '701, '023 and '543 patents. Accordingly, Defendants are the prevailing parties in this action and are entitled, as a matter of law, to an award of costs incurred in connection with its defense of Carucel claims for infringement of the '904, '701, '023 and '543 patents. *See* Federal Rule of Civil Procedure 54(d) and Local Rule 54.1.

///

///

Defendants' Motion is based on this Notice of Motion and Motion to Re-Tax Costs, the Memorandum in Support of this Motion, the Declaration of Bruce R. Zisser in Support of Defendants' Motion to Re-Tax Costs, Defendants' Bill of Costs and supporting documentation of costs filed therewith, the April 10, 2017 Judgment of this Court and all other files and records in this action, and upon such other, further or different showing as may be presented at a later date in connection with this Motion.

Dated:  September 8, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/ *Bruce R. Zisser*
Bruce R. Zisser (Bar No. 180607)
Email: brucezisser@quinnemanuel.com

*Attorneys for Defendants Novatel Wireless, Inc., Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 8, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

DATED: September 8, 2017      By: */s/ Bruce R. Zisser*
   Bruce R. Zisser
   brucezisser@quinnemanuel.com
   *Attorneys for Defendants Novatel Wireless, Inc., Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless*