MICHAEL K. LINDSEY (Admitted *Pro Hac Vice*)
lindsey@gdllawfirm.com
JAMES M. SARNECKY (SBN 202465)
sarnecky@gdllawfirm.com
GAVRILOVICH, DODD & LINDSEY, LLP
4660 La Jolla Village Dr., Ste. 750
San Diego, CA 92122
Telephone: (858) 458-3607
Facsimile: (858) 458-9986

ROBERT F. RUYAK  (Admitted *Pro Hac Vice*)
robertr@ruyakcherian.com
BRITTANY V. RUYAK  (Admitted *Pro Hac Vice*)
brittanyr@ruyakcherian
RONALD R. WIELKOPOLSKI  (Admitted *Pro Hac Vice*)
ronw@ruyakcherian
RUYAKCHERIAN, LLP
1776 Eye St. NW, Suite 750
Washington, DC 20006
Telephone: (202) 838-1560

KORULA T. CHERIAN (SBN 133697)
sunnyc@ruyakcherian.com
ROBERT M. HARKINS, JR. (SBN 179525)
bobh@ruyakcherian.com
RUYAKCHERIAN, LLP
1936 University Ave, Suite 350
Berkeley, CA  94704
Telephone: (510) 944-0190

Attorneys for Plaintiff
CARUCEL INVESTMENTS, L.P.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARUCEL INVESTMENTS, L.P., a Delaware limited partnership,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NOVATEL WIRELESS, INC., a Delaware corporation; VERIZON COMMUNICATIONS INC., a Delaware corporation; and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>　　　　　Defendants. | Case No.  16-cv-0118-H-KSC<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' MOTION TO RETAX COSTS**<br><br>Judge: Hon. Marilyn L. Huff |

Plaintiff Carucel Investment, L.P. ("Carucel") does not object to the evidentiary submission on the motion to retax costs, but maintains the same objection that it made to the $21,425 Defendants requested for the cost of services of its in-house graphic designer to prepare the graphics and other visual aids used at trial. That amount should not be included as recoverable costs. Recoverable costs are not intended to reimburse for intellectual effort. "Fees for exemplification and copying are permitted only for the physical preparation and duplication of documents, not the intellectual effort involved in their production." *Zuill v. Shanahan*, 80 F.3d 1366, 1371 (9th Cir. 1996); *see also Duhn Oil Tool, Inc. v. Cameron Int'l Corp.*, No. 1:05-CV-01411-MLH-GSA, 2012 U.S. Dist. LEXIS 134199, at *18-19 (E.D. Cal.Sep. 19, 2012); *Romero v. City of Pomona*, 883 F.2d 1418, 1427-28 (9th Cir. 1989); *Oracle Am., Inc. v. Google Inc.*, 2012 U.S. Dist. LEXIS 125237, *11 (N.D. Cal. Sept. 4, 2012); *Affymetrix, Inc. v. Multilyte Ltd.*, 2005 U.S. Dist. LEXIS 41177, *12 (N.D. Cal. Aug. 26, 2005). This is the same objection to the same costs originally sought, and Carucel further incorporates by reference the full discussion of why such costs are not reimburseable from its original objections. *See* Dkt. 349.

Dated: October 6, 2017

Respectfully submitted,

RuyakCherian LLP

*/s/ Robert Harkins*
Robert Harkins

RuyakCherian LLP
1936 University Avenue, Suite 350
Berkeley, CA 94704

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of October, 2017, with a copy of this document via the Court's EM/ECF system.  Any other counsel of record will be served by electronic mail, facsimile and/or first class mail on the same date.

*/s/ Robert Harkins*
Robert Harkins

RuyakCherian LLP
1936 University Ave, Ste 350
Berkeley, CA  94704
Telephone: (510) 944-0190
sunnyc@ruyakcherian.com